IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES JOHNSON                                                                                    PLAINTIFF
#M28313

v.                                    Case No: 3:17-cv-00041-KGB-JTR

DELL COOK, *et al.*                                                                            DEFENDANTS

## ORDER

Before the Court is a Recommended Partial Disposition filed by United States Magistrate Judge J. Thomas Ray (Dkt. No. 28). No objections to the Recommended Partial Disposition have been filed, and the time for filing objections has passed. After review, this Court adopts the Recommended Partial Disposition in its entirety as this Court's findings in all respects.

Plaintiff James Johnson is hereby allowed to proceed against defendants Chief Dell Cook and Lieutenant Luke Whitfield of the Mississippi County Detention Center, with his 42 U.S.C. § 1983 inhumane conditions of confinement and state law negligence claims arising from his alleged exposure to mold, mildew, and rust. All other claims raised in Mr. Johnson's complaint and amended complaint are dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this the 16th day of May, 2018.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge