# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JAMES JOHNSON**  **PLAINTIFF**
**#M28313**

v.  Case No: 3:17-cv-00041 KGB/JTR

**DALE COOK;** *et al.*  **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition filed by United States Magistrate Judge J. Thomas Ray (Dkt. No. 63). No objections to the Recommended Disposition have been filed, and the time for filing objections has passed. After review, this Court adopts the Recommended Disposition in its entirety as this Court's findings in all respects. The Court grants defendants Dale Cook and Luther Whitfield's motion for summary judgment (Dkt. No. 47). The Court dismisses without prejudice for failure to exhaust administrative remedies plaintiff James Johnson's 42 U.S.C. § 1983 inhumane conditions of confinement claims (Dkt. Nos. 2, 24). The Court declines to exercise supplemental jurisdiction over Mr. Johnson's remaining state law negligence claim, and the Court dismisses without prejudice that claim.

So ordered this the 2nd day of August, 2018.

_____
Kristine G. Baker
United States District Judge