IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES JOHNSON                                                                                    PLAINTIFF
#M28313

v.                                        Case No: 3:17-cv-00041 KGB/JTR

DALE COOK; *et al.*                                                                           DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff James Johnson's claims are hereby dismissed without prejudice.

So adjudged this the 2nd day of August, 2018.

*[signature: Kristine G. Baker]*
Kristine G. Baker
United States District Judge